**Edward G. SAMARRA, Appellant,**

v.

**Togo D. WEST, Jr., Secretary Of Veterans Affairs, Appellee.**

**No. 97–632.**

United States Court of Appeals for Veterans Claims.

Dec. 30, 1999.

Before IVERS, STEINBERG, and GREENE, Judges.

**ORDER**

PER CURIAM:

On November 8, 1999, the Clerk received a letter from the appellant, through counsel, stating: "I believe the September 24, 1999, decision from the [Department of Veterans Affairs] regional office resolves all issues on appeal. If you should have any questions, please do not hesitate to contact my office." On November 24, 1999, the Court issued an order that offered the appellant 20 days in which to show cause why the Court should not (1) construe his November 8, 1999, letter as a motion to withdraw his Notice of Appeal (NOA) and (2) grant that construed motion and dismiss the appeal. *Samarra v. West,*

13 Vet.App. 196 (1999). The appellant has not responded.

On consideration of the foregoing, it is

ORDERED that the appellant's November 8, 1999, letter is construed as a motion to withdraw his NOA, and that the construed motion is granted. It is further

ORDERED that this appeal is DISMISSED.